

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LARRY CHAMBERS AND ABIE WOLF, | § | No. 08-20-00136-CV |
| Appellants, | § | Appeal from the |
| v. | § | 243rd District Court |
| GARY STARR AND BONNIE STARR, | § | of El Paso County, Texas |
| Appellees. | § | (TC# 2018DCV1581) |
| | § | |

## **O R D E R**

The Court has this day GRANTED the Appellants' motion to extend time on designation of record. The Appellants are to file their designation and make financial arrangements with the Court Reporter within twenty (20) days from the date of this order. The Court Reporter is to advise the Court, in writing, whether a designation and financial arrangements were made, on or before November 13, 2020,

IT IS SO ORDERED this 12th day of October, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.